UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZOHAR STARK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN SKANDIA LIFE ASSURANCE CORPORATION,<br><br>    Defendant. | : NO. 3:07-CV-01123 CFD<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: November 13, 2007<br>: |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby dismisses the above action without prejudice.

                 **Plaintiff, Zohar Stark**

                 By /s/ Nancy A. Kulesa
                   Robert A. Izard   (ct01601)
                   Jeffrey S. Nobel   (ct04855)
                   Mark P. Kindall   (ct409470)
                   Nancy A. Kulesa   (ct25384)
                 **SCHATZ NOBEL IZARD, P.C.**
                   20 Church Street, Suite 1700
                   Hartford, CT 06103
                   Telephone: (860) 493-6292
                   Facsimile:  (860) 493-6290

Ronen Sarraf  
Joseph Gentile  
**SARRAF GENTILE LLP**  
485 Seventh Avenue, Suite 1005  
New York, NY 10018  
Telephone: (212) 868-3610  
Facsimile: (212) 918-7967  

**Attorneys for Plaintiff and the Class**

# CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2007 a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

       /s/ Nancy A. Kulesa
Nancy A. Kulesa (ct25384)
**SCHATZ NOBEL IZARD P.C.**
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290